

## Valli Kane & Vagnini
### Attorneys at Law

600 Old Country Road  
Suite 519  
Garden City, NY 11530

Tel: 516-203-7180  
Fax: 516-706-0248  
www.vkvlawyers.com

March 8, 2011

**Via ECF**
Hon. Joseph Bianco
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza,
Central Islip, New York 11722

  **Re: Robinson v. Zurich et al**
    **Index No.: CV 10-3926**

Dear Judge Bianco:

  I am writing to withdraw my appearance in the above captioned matter due to a change of firm. Please let me know if there is anything additional which needs to be done in order to effectuate this.

                Very truly yours,

                Jesse C. Rose (JR-2409)

Cc: Lori M. Meyers (via ECF)