*Valli Kane & Vagnini*

*Attorneys at Law*

600 Old Country Road
Suite 519
Garden City, NY 11530

Tel: 516-203-7180
Fax: 516-706-0248
www.vkvlawyers.com

April 29, 2011

**Via Electronic Filing**

Hon. Kathleen Tomlinson
U.S. Magistrate Judge
United States District Court
100 Federal Plaza, Courtroom 910
P.O. Box 9014
Central Islip, NY 11722-9014

Re:     **Herma Robinson v. Zurich North America Insurance Company and Jennifer**
        **Robbie, Index No. CV 10-3926**

Dear Hon. Tomlinson:

        Pursuant to Your Honor's Order dated April 29, 2011 regarding the Joint Discovery
Status Report submitted by the parties in this case, both parties would like to cancel the May 4,
2011 status conference. Discovery is proceeding on schedule and no Court intervention is
required at this time. Thank you for your time and attention in this matter.

VALLI KANE & VAGNINI LLP

By: _____
Robert J. Valli, Jr. (RV-9995)
[rvalli@vkvlawyers.com]
600 Old Country Road, Suite 519
Garden City, NY 11530
(516) 203-7180 (phone)
(516) 706-0248 (fax)

*Counsel for Plaintiff*

SEYFARTH SHAW LLP

By: _____
Peter A. Walker
[pwalker@seyfarth.com]
Lori M. Meyers
[lmeyers@seyfarth.com]
Hema Chatlani
[hchatlani@seyfarth.com]
620 Eighth Avenue, 32nd Floor
New York, New York 10018
(212) 218-5500 (phone)
(212) 218-5526 (fax)
*Counsel for Defendants*