UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HERMA ROBINSON,                        Case:  10-CV-3926(JFB)(AKT)
                 Plaintiff,
       -against-                            **DECLARATION OF ROBERT J.**
                                                                  **VALLI, JR. IN OPPOSITION**
ZURICH NORTH AMERICAN INSURANCE      **TO DEFENDANTS' MOTION**
COMPANY, and JENNIFER ROBBIE aider and     **FOR SUMMARY JUDGMENT**
Abettor;
                 Defendants.
------------------------------------------------------------X

        ROBERT J. VALLI, JR., affirms, under penalty of perjury, pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney admitted to practice law in the State of New York and the United States District Court for the Eastern District of New York and a member of the law firm, Valli Kane & Vagnini, LLP, attorneys for Plaintiff Herma Robinson ("Plaintiff").

2. I submit this affirmation in opposition to Defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

3. Attached is Herma Robinson's sworn Declaration in support of Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

4. Attached as Exhibit 1 are relevant excerpts from the deposition of Joseph Kostkowski, taken on July 28, 2011.

5. Attached as Exhibit 2 are relevant excerpts from the deposition of Plaintiff Herma Robinson taken on May 16, 2011.

6. Attached as Exhibit 3 are relevant excerpts from the deposition of Jennifer Robbie taken on May 18, 2011.

7. Attached as Exhibit 4 are relevant excerpts from the deposition of Patricia Magid on June 1, 2011.

8. Attached as Exhibit 5 are relevant excerpts from the deposition of Catherine Spera taken on June 30, 2011.

9. Attached as Exhibit 6 is Plaintiff's 2004 Evaluation, Robinson bates number 3-11.

10. Attached as Exhibit 7 is Plaintiff's 2005 Evaluation, Robinson bates number 12-18.

11. Attached as Exhibit 8 is Plaintiff's 2006 Evaluation, Robinson bates number 19-23.

12. Attached as Exhibit 9 is Plaintiff's 2007 Evaluation, Zurich bates number 4129-4139.

13. Attached as Exhibit 10 is Plaintiff's 2008 Evaluation, Zurich bates number 116-132

14. Attached as Exhibit 11 is Robinson bates number 620-622.

15. Attached as Exhibit 12 is Robinson bates number 32-34.

16. Attached as Exhibit 13 is Zurich bates numbers 3681-3682.

17. Attached as Exhibit 14 is Zurich bates numbers 7022-7023.

18. Attached as Exhibit 15 is Zurich bates numbers 7035-7037.

19. Attached as Exhibit 16 is Robinson bates numbers 670-675.

20. Attached as Exhibit 17 is Zurich bates number 12813-12814.

21. Attached as Exhibit 18 is Robinson bates numbers 408-411.

22. Attached as Exhibit 19 is Zurich bates numbers 373-377.

23. Attached as Exhibit 20 is Zurich bates numbers 3229-3230

24. Attached as Exhibit 21 is Robinson bates number 442.

25. Attached as Exhibit 22 is Robinson bates number 552.

26. Attached as Exhibit 23 is Zurich bates numbers 3708-3712.

27. Attached as Exhibit 24 is Zurich bates number 3133.

28. Attached as Exhibit 25 is Robinson bates number 475.

29. Attached as Exhibit 26 is Robinson bates numbers 543-545.

30. Attached as Exhibit 27 is Zurich bates numbers 3704-3707.

31. Attached as Exhibit 28 is Robinson bates numbers 655-656.

32. Attached as Exhibit 29 is Robinson bates numbers 660-664.

33. Attached as Exhibit 30 is Robinson bates numbers 665-668.

34. Attached as Exhibit 31 is Robinson bates numbers 683-687.

35. Attached as Exhibit 32 is Robinson bates number 692.

36. Attached as Exhibit 33 is Robinson bates number 736.

37. Attached as Exhibit 34 is Robinson bates number 431.

38. Attached as Exhibit 35 is Robinson bates numbers 771-774.

39. Attached as Exhibit 36 is Robinson bates numbers 1441-1443.

40. Attached as Exhibit 37 is Robinson bates number 750-753.

41. Attached as Exhibit 38 is Robinson bates number 756-757.

42. Attached as Exhibit 39 is Zurich bates numbers 285-286.

43. Attached as Exhibit 40 is Robinson bates number 386.

44. Attached as Exhibit 41 is Robinson bates numbers 391-392.

45. Attached as Exhibit 42 is Robinson bates number 382.

46. Attached as Exhibit 43 is Robinson bates numbers 417-418

47. Attached as Exhibit 44 is Robinson bates numbers 495-496.

48. Attached as Exhibit 45 is Robinson bates numbers 436-438.

49. Attached as Exhibit 46 is Robinson bates numbers 478-479.

50. Attached as Exhibit 47 is Robinson bates numbers 653-654.

51. Attached as Exhibit 48 is Robinson bates number 691.

52. Attached as Exhibit 49 is Zurich bates numbers 3625-3628.

53. Attached as Exhibit 50 is Robinson bates number 1.

54. Attached as Exhibit 51 is Robinson bates numbers 480-481.

55. Attached as Exhibit 52 is Robinson bates numbers 7745-7747.

56. Attached as Exhibit 53 is Robinson bates number 553.

57. Attached as Exhibit 54 is Zurich bates number 3556.

58. Attached as Exhibit 55 is Zurich bates numbers 7142-7143.

59. Attached as Exhibit 56 is Zurich bates numbers 3786-3788.

60. Attached as Exhibit 57 is Zurich bates numbers 3184-3186.

61. Attached as Exhibit 58 is Robinson bates number 452-453.

62. Attached as Exhibit 59 is Robinson bates numbers 1445-1446; Zurich bates numbers 2314-2317.

Dated: November 21, 2011
Garden City, New York

VALLI KANE & VAGNINI, LLP

By: _____
Robert J. Valli, Jr. (RV 9995)
Aneeba Rehman (AR-6404)
Attorneys for Plaintiff
600 Old Country Road, Suite 519
Garden City, New York 11530
(516) 203-7180