# EXHIBIT A

| SIG Transactional Audit Volume as of April 13, 2007 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | 4,525 | | | | | | |
| LOB | Audit | # March Audits | John | Herma | Karen H | Karen S | Pam | Deb |
| All | C11 Advertising Injury | 16 | | | | | | |
| All | C12 E&O | 132 | | | 132 | | | |
| All | Transfers* | 100 | | 100 | | | | |
| Canada Casualty | Case Summary | 38 | | | | | | |
| Canada Casualty | Control Adjuster | 36 | | | | | | |
| Canada Casualty | Coverage Verification | 41 | | | | | | |
| Canada Casualty | Litigation Management Best Practices | 22 | | | | | | |
| Canada Casualty | Team Manager Intervention | 17 | | | | | | |
| Canada Property | Case Evaluation | 55 | | | | | | |
| Canada Property | Team Manager Intervention | 35 | | | | | | |
| Construction Defect | C11 Quarterly Audit | 13 | | | | | | |
| Construction Defect | Case Summary | 42 | | | 42 | | | |
| Construction Defect | Coverage Determination | 72 | | | 72 | | | |
| Construction Defect | Coverage Verification | 72 | | | 72 | | | |
| Construction Defect | Litigation Management Best Practices | 64 | | | | | | |
| Construction Defect | Litigation Management Team Manager Intervention | 28 | | | | | 28 | |
| Construction Defect | Negotiation/Settlement | 61 | | | 61 | | 61 | |
| Construction Defect | Other Insurance | 70 | | | 70 | | 70 | |
| Construction Defect | Subrogation | 88 | | | 88 | | 88 | |
| Construction Defect | Team Manager Intervention | 21 | | | | | 21 | |
| Liability | C11 Quarterly Audit | 25 | | | | | | |
| Liability | Case Summary | 279 | | 100 | | | 179 | |
| Liability | Litigation Management Best Practices | 264 | | | | | | 264 |
| Liability | Litigation Management Team Manager Intervention | 94 | | 94 | | | | |
| Liability | Team Manager Intervention | 108 | | 108 | | | | |
| Liability-MCU* | Case Summary | 75 | 75 | | | | | |
| Liability-MCU* | Litigation Management Best Practices | 55 | 55 | | | | | |
| Liability-MCU* | Litigation Management Team Manager Intervention | 45 | 45 | | | | | |
| Liability-MCU* | Proactive Resolution | 70 | 70 | | | | | |
| Liability-MCU* | Team Manager Intervention | 70 | 70 | | | | | |
| Mass Litigation | C11 Quarterly Audit | 6 | | | | | | |
| Mass Litigation | Litigation Management Best Practices | 12 | | | | | | |
| Mass Litigation | Litigation Management Team Manager Intervention | 7 | | | | | | |
| Mass Litigation | Macros | 30 | | | | | | |
| Mass Litigation | Team Manager Intervention | 14 | | | | | | |
| Pollution | C11 Quarterly Audit | 6 | | | | | | |
| Pollution | Case Summary | 15 | | | | | | |
| Pollution | Litigation Management Best Practices | 7 | | | | | | |
| Pollution | Litigation Management Team Manager Intervention | 7 | | | | | | |
| Pollution | Macros | 15 | | | | | | |
| Pollution | Team Manager Intervention | 10 | | | | | | |
| Programs | Case Summary | 54 | | | | | | |
| Programs | Litigation Management Best Practices | 24 | | | | | | |
| Programs | Litigation Management Team Manager Intervention | 31 | | | | | | |
| Programs | Team Manager Intervention | 54 | | | | | | |
| Property | C11 Quarterly Audit | 6 | | | | | | |
| Property | Case Summary | 55 | | | | | | |
| Property | Litigation Management Best Practices | 7 | | | | | | |
| Property | Team Manager Intervention | 17 | | | | | | |
| Risk Engineering | Account Coordination | 172 | | | | | | |
| Risk Engineering | Rec 2&3 | 177 | | | | | | |
| Risk Engineering | RULE | 12 | | | | | | |
| Risk Engineering | Stop 1 | 45 | | | | | | |
| Risk Engineering | Stop 2 | 21 | | | | | | |
| Risk Engineering | Triage | 149 | | | | | | |
| Specialties | C11 Quarterly Audit | 25 | | | | | | |
| Specialties | Case Summary | 44 | | | | | | |
| Specialties | Litigation Management Best Practices | 107 | | | | | | |
| Specialties | Litigation Management Team Manager Intervention | 43 | | | | | | |
| Specialties | Team Manager Intervention | 55 | | | | | | |
| Staff Legal | Early Activity | 60 | | | | | | |
| Staff Legal | Early Activity RMA | 60 | | | | | | |
| Staff Legal | Material Developments | 60 | | | | | | |
| Staff Legal | Paralegal Activity | 60 | | | | | | |
| Surety | C11 Quarterly Audit | 6 | | | | | | |
| Surety | Macros | 22 | | | | | | |
| Workers Compensati | C11 Quarterly Audit | 25 | | | | | | |
| Workers Compensati | Case Summary | 331 | | | | 100 | | |
| Workers Compensati | Litigation Management Best Practices | 310 | | | | 310 | | |
| Workers Compensati | Litigation Management Team Manager Intervention | 131 | | | | | | |
| Workers Compensati | Team Manager Intervention | 124 | | | | | | |
| | | | 315 | 402 | 537 | 410 | 447 | |
| | | | 315 | 402 | 537 | 410 | 447 | 264 |
| * Audits have not begun yet | | | | | | | | |



Confidential

| SIG Transactional Auditors as of April 13, 2007 | | | |
|---|---|---|---|
| | | | |
| | | | |
| **LOB** | **Audit** | **Auditor** | |
| All | C11 Advertising Injury | Eric Stoley | |
| All | C12 | Bill Iler | |
| All | C12 | Charles Bono | |
| All | C12 | Dave Verona | |
| All | C12 | Deborah Ligda | |
| All | C12 | Heidi Foote | |
| All | C12 | Karen Harris | |
| All | C12 | Ken Ford | |
| All | C12 | Marilyn Acree | |
| All | C12 | Jeanette Gorman | |
| All | C12 | Robert Skutt | |
| All | C12 | Todd Hampton | |
| All | C12 | Tom Gallagher | |
| All | Transfers | Unassigned | |
| Canada Casualty | Case Summary | Bryan Dawe | |
| Canada Casualty | Control Adjuster | Bryan Dawe | |
| Canada Casualty | Coverage Verification | Bryan Dawe | |
| Canada Casualty | Litigation Management Best Practices | Bryan Dawe | |
| Canada Casualty | Team Manager Intervention | Bryan Dawe | |
| Canada Property | Case Evaluation | Bryan Dawe | |
| Canada Property | Team Manager Intervention | Bryan Dawe | |
| Construction Defect | C11 Quarterly Audit | Mark Grant | |
| Construction Defect | Case Summary | Dan Barta | |
| Construction Defect | Case Summary | DC | |
| Construction Defect | Case Summary | Derchi | |
| Construction Defect | Case Summary | Eric Brunner | |
| Construction Defect | Case Summary | Eric Michna | |
| Construction Defect | Case Summary | Foote | |
| Construction Defect | Case Summary | Harris | |
| Construction Defect | Case Summary | J. Collins | |
| Construction Defect | Case Summary | Joseph Piekarski | |
| Construction Defect | Case Summary | T. Leek | |
| Construction Defect | Case Summary | T. Myer | |
| Construction Defect | Case Summary | T.Flores | |
| Construction Defect | Case Summary | Tom Dohrer | |
| Construction Defect | Case Summary | Tomlinson | |
| Construction Defect | Coverage Determination | Gregory Dent | |
| Construction Defect | Coverage Verification | Gregory Dent | |
| Construction Defect | Litigation Management Best Practices | Dan Barta | |
| Construction Defect | Litigation Management Best Practices | DC | |
| Construction Defect | Litigation Management Best Practices | Eric Brunner | |
| Construction Defect | Litigation Management Best Practices | Eric Michna | |
| Construction Defect | Litigation Management Best Practices | Foote | |
| Construction Defect | Litigation Management Best Practices | Harris | |
| Construction Defect | Litigation Management Best Practices | J. Collins | |
| Construction Defect | Litigation Management Best Practices | Joseph Piekarski | |
| Construction Defect | Litigation Management Best Practices | Lisa Sifford | |
| Construction Defect | Litigation Management Best Practices | PF Wasser | |
| Construction Defect | Litigation Management Best Practices | T. Leek | |
| Construction Defect | Litigation Management Best Practices | T. Myer | |
| Construction Defect | Litigation Management Best Practices | Tom Dohrer | |
| Construction Defect | Litigation Management Best Practices | Tomlinson | |
| Construction Defect | Litigation Management Team Manager Intervention | Eric Michna | |

| SIG Transactional Auditors as of April 13, 2007 | | | |
|---|---|---|---|
| | | | |
| | | | |
| **LOB** | **Audit** | **Auditor** | |
| Construction Defect | Litigation Management Team Manager Intervention | Foote | |
| Construction Defect | Litigation Management Team Manager Intervention | Hochwarter | |
| Construction Defect | Litigation Management Team Manager Intervention | Mawson | |
| Construction Defect | Negotiation/Settlement | Gregory Dent | |
| Construction Defect | Other Insurance | Gregory Dent | |
| Construction Defect | Subrogation | Gregory Dent | |
| Construction Defect | Team Manager Intervention | Eric Michna | |
| Construction Defect | Team Manager Intervention | Foote | |
| Construction Defect | Team Manager Intervention | Hochwarter | |
| Construction Defect | Team Manager Intervention | Mawson | |
| Liability | C11 Quarterly Audit | Bob Thompson | |
| Liability | C11 Quarterly Audit | Patty Magid | |
| Liability | C11 Quarterly Audit | John Pearson | |
| Liability | Case Summary | Andrews | |
| Liability | Case Summary | Brian Carter | |
| Liability | Case Summary | C. Capobianco | |
| Liability | Case Summary | Deborah Friedrich | |
| Liability | Case Summary | John Hutchison | |
| Liability | Case Summary | PMM | |
| Liability | Case Summary | Tom McDonald | |
| Liability | Case Summary | Ward | |
| Liability | Litigation Management Best Practices | Jrobbie | |
| Liability | Litigation Management Best Practices | Kborden | |
| Liability | Litigation Management Best Practices | Landherr | |
| Liability | Litigation Management Best Practices | Pearson | |
| Liability | Litigation Management Best Practices | Prager | |
| Liability | Litigation Management Team Manager Intervention | Andrews | |
| Liability | Litigation Management Team Manager Intervention | Brian Carter | |
| Liability | Litigation Management Team Manager Intervention | C. Capobianco | |
| Liability | Litigation Management Team Manager Intervention | Deborah Friedrich | |
| Liability | Litigation Management Team Manager Intervention | John Hutchison | |
| Liability | Litigation Management Team Manager Intervention | Magid | |
| Liability | Litigation Management Team Manager Intervention | PMM | |
| Liability | Litigation Management Team Manager Intervention | Tom McDonald | |
| Liability | Litigation Management Team Manager Intervention | Ward | |
| Liability | Team Manager Intervention | Andrews | |
| Liability | Team Manager Intervention | Brian Carter | |
| Liability | Team Manager Intervention | C. Capobianco | |
| Liability | Team Manager Intervention | Deborah Friedrich | |
| Liability | Team Manager Intervention | John Hutchison | |
| Liability | Team Manager Intervention | pmm | |
| Liability | Team Manager Intervention | Tom McDonald | |
| Liability | Team Manager Intervention | Ward | |
| Liability-MCU | Case Summary | Unassigned | |
| Liability-MCU | Litigation Management Best Practices | Unassigned | |
| Liability-MCU | Litigation Management Team Manager Intervention | Unassigned | |
| Liability-MCU | Proactive Resolution | Unassigned | |
| Liability-MCU | Team Manager Intervention | Unassigned | |
| Mass Litigation | C11 Quarterly Audit | Robert Skutt | |
| Mass Litigation | Litigation Management Best Practices | Mahoney | |
| Mass Litigation | Litigation Management Best Practices | Robert Skutt | |
| Mass Litigation | Litigation Management Best Practices | Schweich | |
| Mass Litigation | Litigation Management Best Practices | Timothy Codd | |

| SIG Transactional Auditors as of April 13, 2007 | | | |
|---|---|---|---|
| | | | |
| | | | |
| **LOB** | **Audit** | **Auditor** | |
| Mass Litigation | Litigation Management Team Manager Intervention | Kborden | |
| Mass Litigation | Macros | Miller | |
| Mass Litigation | Team Manager Intervention | Miller | |
| Pollution | C11 Quarterly Audit | Robert Edwards | |
| Pollution | C11 Quarterly Audit | David Donohue | |
| Pollution | Case Summary | Andy Marthaler | |
| Pollution | Case Summary | Erika Lewis | |
| Pollution | Case Summary | Robert Edwards | |
| Pollution | Litigation Management Best Practices | DH | |
| Pollution | Litigation Management Team Manager Intervention | Kborden | |
| Pollution | Macros | Miller | |
| Pollution | Team Manager Intervention | Miller | |
| Programs | Case Summary | EAF | |
| Programs | Litigation Management Best Practices | Gutierrez | |
| Programs | Litigation Management Best Practices | Muldoon | |
| Programs | Litigation Management Team Manager Intervention | Gutierrez | |
| Programs | Litigation Management Team Manager Intervention | Muldoon | |
| Programs | Team Manager Intervention | Lemek | |
| Property | C11 Quarterly Audit | Marilyn Acree | |
| Property | Case Summary | Morris | |
| Property | Case Summary | M. Wiggins | |
| Property | Litigation Management Best Practices | Morris | |
| Property | Team Manager Intervention | Morris | |
| Risk Engineering | Account Coordination | Mellon | |
| Risk Engineering | Account Coordination | Lutkevich | |
| Risk Engineering | Account Coordination | Gahlman | |
| Risk Engineering | Account Coordination | Klee | |
| Risk Engineering | Rec 2&3 | Mellon | |
| Risk Engineering | Rec 2&3 | Lutkevich | |
| Risk Engineering | Rec 2&3 | Gahlman | |
| Risk Engineering | Rec 2&3 | Klee | |
| Risk Engineering | RULE | Mellon | |
| Risk Engineering | RULE | Lutkevich | |
| Risk Engineering | RULE | Gahlman | |
| Risk Engineering | RULE | Klee | |
| Risk Engineering | Stop 1 | Mellon | |
| Risk Engineering | Stop 1 | Lutkevich | |
| Risk Engineering | Stop 1 | Gahlman | |
| Risk Engineering | Stop 1 | Klee | |
| Risk Engineering | Stop 2 | Mellon | |
| Risk Engineering | Stop 2 | Lutkevich | |
| Risk Engineering | Stop 2 | Gahlman | |
| Risk Engineering | Stop 2 | Klee | |
| Risk Engineering | Triage | Mellon | |
| Risk Engineering | Triage | Lutkevich | |
| Risk Engineering | Triage | Gahlman | |
| Risk Engineering | Triage | Klee | |
| Specialties | C11 Quarterly Audit | Iris Levitt | |
| Specialties | C11 Quarterly Audit | Matt Tucci | |
| Specialties | C11 Quarterly Audit | Daniel Posnick | |
| Specialties | C11 Quarterly Audit | Susan Bree | |
| Specialties | C11 Quarterly Audit | John Lucas | |
| Specialties | Case Summary | Baney | |

| SIG Transactional Auditors as of April 13, 2007 | | | |
|---|---|---|---|
| | | | |
| | | | |
| **LOB** | **Audit** | **Auditor** | |
| Specialties | Case Summary | David Zeigler | |
| Specialties | Case Summary | Dolores Parr | |
| Specialties | Case Summary | drh | |
| Specialties | Case Summary | Hampton | |
| Specialties | Case Summary | J. Mandarino | |
| Specialties | Case Summary | J. Real | |
| Specialties | Case Summary | Joe Bucz | |
| Specialties | Case Summary | JTC | |
| Specialties | Case Summary | N. Tavares | |
| Specialties | Case Summary | RN | |
| Specialties | Case Summary | T. Haley | |
| Specialties | Litigation Management Best Practices | Hampton | |
| Specialties | Litigation Management Best Practices | David Zeigler | |
| Specialties | Litigation Management Best Practices | Joe Bucz | |
| Specialties | Litigation Management Best Practices | Baney | |
| Specialties | Litigation Management Best Practices | J. Real | |
| Specialties | Litigation Management Best Practices | JTC | |
| Specialties | Litigation Management Best Practices | RN | |
| Specialties | Litigation Management Best Practices | J. Mandarino | |
| Specialties | Litigation Management Best Practices | N. Tavares | |
| Specialties | Litigation Management Best Practices | drh | |
| Specialties | Litigation Management Best Practices | Dolores Parr | |
| Specialties | Litigation Management Best Practices | T. Haley | |
| Specialties | Litigation Management Best Practices | Highcove | |
| Specialties | Litigation Management Team Manager Intervention | David Zeigler | |
| Specialties | Litigation Management Team Manager Intervention | Joe Bucz | |
| Specialties | Litigation Management Team Manager Intervention | Hampton | |
| Specialties | Litigation Management Team Manager Intervention | Baney | |
| Specialties | Litigation Management Team Manager Intervention | J. Real | |
| Specialties | Litigation Management Team Manager Intervention | JTC | |
| Specialties | Litigation Management Team Manager Intervention | RN | |
| Specialties | Litigation Management Team Manager Intervention | J. Mandarino | |
| Specialties | Team Manager Intervention | J. Mandarino | |
| Specialties | Team Manager Intervention | J. Real | |
| Specialties | Team Manager Intervention | R. L. Lawrence | |
| Staff Legal | Early Activity | D'Attelo | |
| Staff Legal | Early Activity | Don Bennion | |
| Staff Legal | Early Activity | DW | |
| Staff Legal | Early Activity | Egd | |
| Staff Legal | Early Activity | gfr | |
| Staff Legal | Early Activity | Hahn | |
| Staff Legal | Early Activity | Jack K. Smith | |
| Staff Legal | Early Activity | JBCjr | |
| Staff Legal | Early Activity | JPH | |
| Staff Legal | Early Activity | Katherine Woodruff | |
| Staff Legal | Early Activity | Larry Tyrl | |
| Staff Legal | Early Activity | Mark Krause | |
| Staff Legal | Early Activity | McNamara | |
| Staff Legal | Early Activity | Mike Grant | |
| Staff Legal | Early Activity | MJE | |
| Staff Legal | Early Activity | MPP | |
| Staff Legal | Early Activity | nancy vitale | |
| Staff Legal | Early Activity | O'Brien | |

| SIG Transactional Auditors as of April 13, 2007 | | | |
|---|---|---|---|
| | | | |
| | | | |
| **LOB** | **Audit** | **Auditor** | |
| Staff Legal | Early Activity | Oliver P Langford | |
| Staff Legal | Early Activity | pf | |
| Staff Legal | Early Activity | Richard Muchow | |
| Staff Legal | Early Activity | Stan Lowe | |
| Staff Legal | Early Activity | Steven Misner | |
| Staff Legal | Early Activity | Temple Stephens | |
| Staff Legal | Early Activity | Tom Marshall | |
| Staff Legal | Early Activity RMA | Drevlow | |
| Staff Legal | Early Activity RMA | Hahn | |
| Staff Legal | Early Activity RMA | KENNEDY | |
| Staff Legal | Early Activity RMA | McNamara | |
| Staff Legal | Early Activity RMA | MPP | |
| Staff Legal | Material Developments | Chris Rhodes | |
| Staff Legal | Material Developments | D'Attelo | |
| Staff Legal | Material Developments | Don Bennion | |
| Staff Legal | Material Developments | DW | |
| Staff Legal | Material Developments | EGD | |
| Staff Legal | Material Developments | gfr | |
| Staff Legal | Material Developments | JBCjr | |
| Staff Legal | Material Developments | JPH | |
| Staff Legal | Material Developments | Krakar | |
| Staff Legal | Material Developments | Mark Krause | |
| Staff Legal | Material Developments | McNamara | |
| Staff Legal | Material Developments | Mike Grant | |
| Staff Legal | Material Developments | MJE | |
| Staff Legal | Material Developments | Morenus | |
| Staff Legal | Material Developments | MPP | |
| Staff Legal | Material Developments | nancy vitale | |
| Staff Legal | Material Developments | Oliver P. Langford | |
| Staff Legal | Material Developments | pf | |
| Staff Legal | Material Developments | Richard Muchow | |
| Staff Legal | Material Developments | RJM | |
| Staff Legal | Material Developments | Scott Drawe | |
| Staff Legal | Material Developments | Stan Lowe | |
| Staff Legal | Material Developments | Temple Stephens | |
| Staff Legal | Material Developments | Tom Marshall | |
| Staff Legal | Paralegal Activity | Mark Krause | |
| Staff Legal | Paralegal Activity | JPH | |
| Staff Legal | Paralegal Activity | DW | |
| Staff Legal | Paralegal Activity | RJM | |
| Staff Legal | Paralegal Activity | Richard Muchow | |
| Staff Legal | Paralegal Activity | EGD | |
| Staff Legal | Paralegal Activity | Mike Grant | |
| Staff Legal | Paralegal Activity | Larry Tyrl | |
| Staff Legal | Paralegal Activity | Scott Drawe | |
| Staff Legal | Paralegal Activity | Hahn | |
| Staff Legal | Paralegal Activity | MJE | |
| Staff Legal | Paralegal Activity | D'Attelo | |
| Staff Legal | Paralegal Activity | Morenus | |
| Staff Legal | Paralegal Activity | JBCjr | |
| Staff Legal | Paralegal Activity | gfr | |
| Staff Legal | Paralegal Activity | Temple Stephens | |
| Staff Legal | Paralegal Activity | Steven Misner | |

| SIG Transactional Auditors as of April 13, 2007 | | | |
|---|---|---|---|
| | | | |
| | | | |
| **LOB** | **Audit** | **Auditor** | |
| Staff Legal | Paralegal Activity | McNamara | |
| Staff Legal | Paralegal Activity | Krakar | |
| Staff Legal | Paralegal Activity | MPP | |
| Staff Legal | Paralegal Activity | Don Bennion | |
| Staff Legal | Paralegal Activity | Tom Marshall | |
| Staff Legal | Paralegal Activity | Wendy Kent | |
| Staff Legal | Paralegal Activity | Nancy vitale | |
| Staff Legal | Paralegal Activity | pf | |
| Surety | C11 Quarterly Audit | Don Spratt | |
| Surety | Macros | Dolores Parr | |
| Surety | Macros | drh | |
| Surety | Macros | Guest | |
| Surety | Macros | Highcove | |
| Surety | Macros | T. Haley | |
| Workers Compensation | C11 Quarterly Audit | Ann Marie Mize | |
| Workers Compensation | C11 Quarterly Audit | Julie D'Dio | |
| Workers Compensation | C11 Quarterly Audit | Kim Prieb | |
| Workers Compensation | Case Summary | AC | |
| Workers Compensation | Case Summary | Ann Marie Mize | |
| Workers Compensation | Case Summary | D'Dio | |
| Workers Compensation | Case Summary | Freeman | |
| Workers Compensation | Case Summary | Lacock | |
| Workers Compensation | Case Summary | Pam Engle | |
| Workers Compensation | Case Summary | Prieb | |
| Workers Compensation | Case Summary | Richeal | |
| Workers Compensation | Case Summary | Tony Okraska | |
| Workers Compensation | Litigation Management Best Practices | AC | |
| Workers Compensation | Litigation Management Best Practices | Ann Marie Mize | |
| Workers Compensation | Litigation Management Best Practices | D'Dio | |
| Workers Compensation | Litigation Management Best Practices | Freeman | |
| Workers Compensation | Litigation Management Best Practices | Lacock | |
| Workers Compensation | Litigation Management Best Practices | Pam Engle | |
| Workers Compensation | Litigation Management Best Practices | Prieb | |
| Workers Compensation | Litigation Management Best Practices | Richeal | |
| Workers Compensation | Litigation Management Best Practices | Tony Okraska | |
| Workers Compensation | Litigation Management Team Manager Intervention | AC | |
| Workers Compensation | Litigation Management Team Manager Intervention | Ann Marie Mize | |
| Workers Compensation | Litigation Management Team Manager Intervention | D'Dio | |
| Workers Compensation | Litigation Management Team Manager Intervention | Freeman | |
| Workers Compensation | Litigation Management Team Manager Intervention | Lacock | |
| Workers Compensation | Litigation Management Team Manager Intervention | Pam Engle | |
| Workers Compensation | Litigation Management Team Manager Intervention | Prieb | |
| Workers Compensation | Litigation Management Team Manager Intervention | Richeal | |
| Workers Compensation | Litigation Management Team Manager Intervention | Tony Okraska | |
| Workers Compensation | Team Manager Intervention | AC | |
| Workers Compensation | Team Manager Intervention | Ann Marie Mize | |
| Workers Compensation | Team Manager Intervention | D'Dio | |
| Workers Compensation | Team Manager Intervention | Freeman | |
| Workers Compensation | Team Manager Intervention | Lacock | |
| Workers Compensation | Team Manager Intervention | Pam Engle | |
| Workers Compensation | Team Manager Intervention | Prieb | |
| Workers Compensation | Team Manager Intervention | Richeal | |
| Workers Compensation | Team Manager Intervention | Tony Okraska | |

August 07

| | | 4,525 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LOB | Audit | # March Audits (Comparison Sample) | John August | Karen H. August | Herma August | Pam August | Deb C. August | Karen S. August | Other | Total |
| All | C11 Advertising Injury | 16 | | | | | | | | |
| All | C12 E&O | 132 | | 172 | | | | | | 172 |
| All | Transfers* | 100 | | | | | | | | 0 |
| Canada Casualty | Case Summary | 38 | | | | | | | | |
| Canada Casualty | Control Adjuster | 36 | | | | | | | | |
| Canada Casualty | Coverage Verification | 41 | | | | | | | | |
| Canada Casualty | Litigation Management Best Practices | 22 | | | | | | | | |
| Canada Casualty | Team Manager Intervention | 17 | | | | | | | | |
| Canada Property | Case Evaluation | 55 | | | | | | | | |
| Canada Property | Team Manager Intervention | 35 | | | | | | | | |
| Construction Defect | C11 Quarterly Audit | 13 | | | | | | | | |
| Construction Defect | Case Summary | 42 | | | | | | | | |
| Construction Defect | Coverage Determination | 72 | | 82 | | | | | | 82 |
| Construction Defect | Coverage Verification | 72 | | 82 | | | | | | 82 |
| Construction Defect | Litigation Management Best Practices | 64 | | | | | | | | |
| Construction Defect | Litigation Management Team Manager Intervention | 28 | | | | | | | | |
| Construction Defect | Negotiation/Settlement | 61 | | 88 | | | | | | 88 |
| Construction Defect | Other Insurance | 70 | | 85 | | | | | | 85 |
| Construction Defect | Subrogation | 88 | | 100 | | | | | | 100 |
| Construction Defect | Team Manager Intervention | 21 | | | | | | | | |
| Liability | C11 Quarterly Audit | 25 | | | | | | | | |
| Liability | Case Summary | 279 | | | 50 | 199 | | | | 249 |
| Liability | Litigation Management Best Practices | 264 | 75 | | | | 128 | | 25 | 228 |
| Liability | Litigation Management Team Manager Intervention | 94 | | | 70 | | | | | 70 |
| Liability | Team Manager Intervention | 108 | | | 98 | | | | | 98 |
| Liability-MCU* | Case Summary | 75 | 43 | | | | | | | 43 |
| Liability-MCU* | Litigation Management Best Practices | 55 | 39 | | | | | | | 39 |
| Liability-MCU* | Litigation Management Team Manager Intervention | 45 | 35 | | | | | | | 35 |
| Liability-MCU* | Proactive Resolution | 70 | | | | | | | | |





Confidential

August 07

| LOB | Audit | # March Audits (Comparison Sample) | John August | Karen H. August | Herma August | Pam August | Deb C. August | Karen S. August | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Liability-MCU* | Team Manager Intervention | 70 | 35 | | | | | | | 35 |
| Mass Litigation | C11 Quarterly Audit | 6 | | | | | | | | |
| Mass Litigation | Litigation Management Best Practices | 12 | | | | | | | | |
| Mass Litigation | Litigation Management Team Manager Intervention | 7 | | | | | | | | |
| Mass Litigation | Macros | 30 | | | | | | | | |
| Mass Litigation | Team Manager Intervention | 14 | | | | | | | | |
| Pollution | C11 Quarterly Audit | 6 | | | | | | | | |
| Pollution | Case Summary | 15 | | | | | | | | |
| Pollution | Litigation Management Best Practices | 7 | | | | | | | | |
| Pollution | Litigation Management Team Manager Intervention | 7 | | | | | | | | |
| Pollution | Macros | 15 | | | | | | | | |
| Pollution | Team Manager Intervention | 10 | | | | | | | | |
| Programs | Case Summary | 54 | | | | | | | | |
| Programs | Litigation Management Best Practices | 24 | | | | | | | | |
| Programs | Litigation Management Team Manager Intervention | 31 | | | | | | | | |
| Programs | Team Manager Intervention | 54 | | | | | | | | |
| Property | C11 Quarterly Audit | 6 | | | | | | | | |
| Property | Case Summary | 55 | | | | | | | | |
| Property | Litigation Management Best Practices | 7 | | | | | | | | |
| Property | Team Manager Intervention | 17 | | | | | | | | |
| Risk Engineering | Account Coordination | 172 | | | | | | | | |
| Risk Engineering | Rec 2&3 | 177 | | | | | | | | |
| Risk Engineering | RULE | 12 | | | | | | | | |
| Risk Engineering | Stop 1 | 45 | | | | | | | | |
| Risk Engineering | Stop 2 | 21 | | | | | | | | |
| Risk Engineering | Triage | 149 | | | | | | | | |
| Specialties | C11 Quarterly Audit | 25 | | | | | | | | |
| Specialties | Case Summary | 44 | | | | | | | | |
| Specialties | Litigation Management Best Practices | 107 | | | | | | | | |





Confidential

August 07

| LOB | Audit | # March Audits (Comparison Sample) | John August | Karen H. August | Herma August | Pam August | Deb C. August | Karen S. August | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Specialties | Litigation Management Team Manager Intervention | 43 | | | | | | | | |
| Specialties | Team Manager Intervention | 55 | | | | | | | | |
| Staff Legal | Early Activity | 60 | | | | | | | | |
| Staff Legal | Early Activity RMA | 60 | | | | | | | | |
| Staff Legal | Material Developments | 60 | | | | | | | | |
| Staff Legal | Paralegal Activity | 60 | | | | | | | | |
| Surety | C11 Quarterly Audit | 6 | | | | | | | | |
| Surety | Macros | 22 | | | | | | | | |
| Workers Compensation | C11 Quarterly Audit | 25 | | | | | | | | |
| Workers Compensation | Case Summary | 331 | | | | | | | | |
| Workers Compensation | Litigation Management Best Practices | 310 | | | | | | 283 | | 283 |
| Workers Compensation | Litigation Management Team Manager Intervention | 131 | | | | | | | | |
| Workers Compensation | Team Manager Intervention | 124 | | | | | | | | |
| Total | | | 227 | 609 | 218 | 199 | 128 | 283 | 25 | 1789 |
| Clsd QA | | | | | | 10 | 6 | | | |



Confidential

ZURICH013087

Sept07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| All | C11 Advertising Injury | 16 | | 16 | | | | | | |
| All | C12 E&O | 107 | | 107 | | | | | | |
| All | Transfers* | 100 | | | 50 | | | 50 | | |
| Canada Casualty | Case Summary | 38 | | | | | | | | |
| Canada Casualty | Control Adjuster | 36 | | | | | | | | |
| Canada Casualty | Coverage Verification | 41 | | | | | | | | |
| Canada Casualty | Litigation Management Best Practices | 22 | | | | | | | | |
| Canada Casualty | Team Manager Intervention | 17 | | | | | | | | |
| Canada Property | Case Evaluation | 55 | | | | | | | | |
| Canada Property | Team Manager Intervention | 35 | | | | | | | | |
| Construction Defect | C11 Quarterly Audit | 13 | | | | | | | | |
| Construction Defect | Case Summary | 42 | | | | | | | | |
| Construction Defect | Coverage Determination | 87 | | | 87 | | | | | |
| Construction Defect | Coverage Verification | 87 | | | 87 | | | | | |
| Construction Defect | Litigation Management Best Practices | 64 | | | | | | | | |
| Construction Defect | Litigation Management Team Manager Intervention | 28 | | | | | | | | |
| Construction Defect | Negotiation/Settlement | 82 | | 82 | | | | | | |
| Construction Defect | Other Insurance | 88 | | | 88 | | | | | |
| Construction Defect | Subrogation | 103 | | 103 | | | | | | |
| Construction Defect | Team Manager Intervention | 21 | | | | | | | | |
| Liability | C11 Quarterly Audit | 25 | | | | | | | | |
| Liability | Case Summary | 242 | | | | 242 | | | | |
| Liability | Litigation Management Best Practices | 228 | | | | | 228 | | | |
| Liability | Litigation Management Team Manager Intervention | 73 | | | 73 | | | | | |
| Liability | Team Manager Intervention | 96 | | | 96 | | | | | |
| Liability-MCU* | Case Summary | 45 | 45 | | | | | | | |
| Liability-MCU* | Litigation Management Best Practices | 39 | 39 | | | | | | | |
| Liability-MCU* | Litigation Management Team Manager Intervention | 33 | 33 | | | | | | | |
| Liability-MCU* | Proactive Resolution | 45 | 45 | | | 20 | | | | |
| Liability-MCU* | Team Manager Intervention | 30 | 30 | | | | | | | |
| Mass Litigation | C11 Quarterly Audit | 6 | | | | | | | | |
| Mass Litigation | Litigation Management Best Practices | 12 | | | | | | | | |
| Mass Litigation | Litigation Management Team Manager Intervention | 7 | | 7 | | | | | | |
| Mass Litigation | Macros | 31 | | | | 31 | | | | |
| Mass Litigation | Team Manager Intervention | 14 | | | | | | | | |
| Pollution | C11 Quarterly Audit | 6 | | | | | | | | |

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Pollution | Case Summary | 15 | | | | | | | | |
| Pollution | Litigation Management Best Practices | 7 | | | | | | | | |
| Pollution | Litigation Management Team Manager Intervention | 7 | | | | | | | | |
| Pollution | Macros | 15 | | | | 15 | | | | |
| Pollution | Team Manager Intervention | 10 | | 10 | | | | | | |
| Programs | Case Summary | 54 | | | | | | | | |
| Programs | Litigation Management Best Practices | 24 | | | | | | | | |
| Programs | Litigation Management Team Manager Intervention | 31 | | | | | | | | |
| Programs | Team Manager Intervention | 54 | | | | | | | | |
| Property | C11 Quarterly Audit | 6 | | | | | | | | |
| Property | Case Summary | 55 | | | | | | | | |
| Property | Litigation Management Best Practices | 7 | | | | | | | | |
| Property | Property Cat | | | | | | | | | |
| Property | Team Manager Intervention | 17 | | | | | | | | |
| Risk Engineering | Account Coordination | 172 | | | | | | | | |
| Risk Engineering | Rec 2&3 | 177 | | | | | | | | |
| Risk Engineering | RULE | 12 | | | | | | | | |
| Risk Engineering | Stop 1 | 45 | | | | | | | | |
| Risk Engineering | Stop 2 | 21 | | | | | | | | |
| Risk Engineering | Triage | 149 | | | | | | | | |
| Specialties | C11 Quarterly Audit | 25 | | | | | | | | |
| Specialties | Case Summary | 44 | | | | | | | | |
| Specialties | Litigation Management Best Practices | 107 | | | | | | | | |
| Specialties | Litigation Management Team Manager Intervention | 43 | | | | | | | | |
| Specialties | Team Manager Intervention | 55 | | | | | | | | |
| Staff Legal | Early Activity | 60 | | | | | | | | |
| Staff Legal | Early Activity RMA | 60 | | | | | | | | |
| Staff Legal | Material Developments | 60 | | | | | | | | |
| Staff Legal | Paralegal Activity | 60 | | | | | | | | |
| Surety | C11 Quarterly Audit | 6 | | | | | | | | |
| Surety | Macros | 22 | | | | | | | | |
| Workers Compensation | C11 Quarterly Audit | 25 | | | | | | | | |
| Workers Compensation | Case Summary | 331 | | | | | | | | |
| Workers Compensation | Litigation Management Best Practices | 310 | | | | | | 310 | | |
| Nurse Case Manager | | | | | | | | | | |
| | | | | | | | | | | |





Confidential

Sept07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Workers Compensation | Litigation Management Team Manager Intervention | 131 | | | | | | | | |
| Workers Compensation | Team Manager Intervention | 124 | | | | | | | | |
| Total | | | 384 | 325 | 431 | 308 | 228 | 360 | 2036 | |
| | | | | | | | | | | |
| Clsd QA | | | | | | | | | | |



Confidential

ZURICH013090

Oct07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| All | C11 Advertising Injury | 16 | | 16 | | | | | | |
| All | C12 E&O | 107 | | 107 | | | | | | |
| All | Transfers* | 100 | | | | | | 100 | | |
| Canada Casualty | Case Summary | 38 | | | | | | | | |
| Canada Casualty | Control Adjuster | 36 | | | | | | | | |
| Canada Casualty | Coverage Verification | 41 | | | | | | | | |
| Canada Casualty | Litigation Management Best Practices | 22 | | | | | | | | |
| Canada Casualty | Team Manager Intervention | 17 | | | | | | | | |
| Canada Property | Case Evaluation | 55 | | | | | | | | |
| Canada Property | Team Manager Intervention | 35 | | | | | | | | |
| Construction Defect | C11 Quarterly Audit | 13 | | | | | | | | |
| Construction Defect | Case Summary | 42 | | | | | | | | |
| Construction Defect | Coverage Determination | 87 | | | 87 | | | | | |
| Construction Defect | Coverage Verification | 87 | | | 87 | | | | | |
| Construction Defect | Litigation Management Best Practices | 64 | | | | | | | | |
| Construction Defect | Litigation Management Team Manager Intervention | 28 | | | | | | | | |
| Construction Defect | Negotiation/Settlement | 82 | | 82 | | | | | | |
| Construction Defect | Other Insurance | 88 | | 88 | | | | | | |
| Construction Defect | Subrogation | 103 | | 103 | | | | | | |
| Construction Defect | Team Manager Intervention | 21 | | | | | | | | |
| Liability MCU | C11 Quarterly Audit | 25 | | | | | 100 | | | |
| Liability | Case Summary | 242 | | | | 242 | | | | |
| Liability | Litigation Management Best Practices | 228 | | | | | 228 | | | |
| Liability | Litigation Management Team Manager Intervention | 73 | | | | | 73 | | | |
| Liability | Team Manager Intervention | 96 | | | 96 | | | | | |
| Liability-MCU* | Case Summary | 45 | 45 | | | | | | | |
| Liability-MCU* | Litigation Management Best Practices | 39 | 39 | | | | | | | |
| Liability-MCU* | Litigation Management Team Manager Intervention | 33 | 33 | | | | | | | |
| Liability-MCU* | Proactive Resolution | 45 | 65 | | | | | | | |
| Liability-MCU* | Team Manager Intervention | 30 | 30 | | | | | | | |
| Mass Litigation | C11 Quarterly Audit | 6 | | | | | | | | |
| Mass Litigation | Litigation Management Best Practices | 12 | | | | | | | | |



ZURICH013091

Confidential

Oct07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Mass Litigation | Litigation Management Team Manager Intervention | 7 | | 7 | | | | | | |
| Mass Litigation | Macros | 31 | | 31 | | | | | | |
| Mass Litigation | Team Manager Intervention | 14 | | 14 | | | | | | |
| Pollution | C11 Quarterly Audit | 6 | | | | | | | | |
| Pollution | Case Summary | 15 | | | | | | | | |
| Pollution | Litigation Management Best Practices | 7 | | | | | | | | |
| Pollution | Litigation Management Team Manager Intervention | 7 | | 7 | | | | | | |
| Pollution | Macros | 15 | | 15 | | | | | | |
| Pollution | Team Manager Intervention | 10 | | 10 | | | | | | |
| Programs | Case Summary | 54 | | | | | | | | |
| Programs | Litigation Management Best Practices | 24 | | | | | | | | |
| Programs | Litigation Management Team Manager Intervention | 31 | | | | | | | | |
| Programs | Team Manager Intervention | 54 | | | | | | | | |
| Property | C11 Quarterly Audit | 6 | | | | | | | | |
| Property | Case Summary | 55 | | | | | | | | |
| Property | Litigation Management Best Practices | 7 | | | | | | | | |
| Property | Large Loss | 47 | | | | | | | 47 | |
| Property | CAT | 116 | | | | | | | 116 | |
| Property | Team Manager Intervention | 17 | | | | | | | | |
| Risk Engineering | Account Coordination | 172 | | | | | | | | |
| Risk Engineering | Rec 2&3 | 177 | | | | | | | | |
| Risk Engineering | RULE | 12 | | | | | | | | |
| Risk Engineering | Stop 1 | 45 | | | | | | | | |
| Risk Engineering | Stop 2 | 21 | | | | | | | | |
| Risk Engineering | Triage | 149 | | | | | | | | |
| Specialties | C11 Quarterly Audit | 25 | | | | | | | | |
| Specialties | Case Summary | 44 | | | | | | | | |
| Specialties | Litigation Management Best Practices | 107 | | | | | | | | |
| Specialties | Litigation Management Team Manager Intervention | 43 | | | | | | | | |
| Specialties | Team Manager Intervention | 55 | | | | | | | | |
| Staff Legal | Early Activity | 60 | | | | | | | | |
| Staff Legal | Early Activity RMA | 60 | | | | | | | | |





Confidential

Oct07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Staff Legal | Material Developments | 60 | | | | | | | | |
| Staff Legal | Paralegal Activity | 60 | | | | | | | | |
| Surety | C11 Quarterly Audit | 6 | | | | | | | | |
| Surety | Macros | 22 | | | | | | | | |
| Workers Compensation | C11 Quarterly Audit | 25 | | | | | | | | |
| Workers Compensation | Case Summary | 331 | | | | | | | | |
| Workers Compensation | Litigation Management Best Practices | 310 | | | | | | 310 | | |
| Workers Compensation | Litigation Management Team Manager Intervention | 131 | | | | | | | | |
| Workers Compensation | Placeholder for new 08 audit | | | | | | | | | |
| Workers Compensation | Placeholder for new 08 audit | | | | | | | | | |
| Workers Compensation | Team Manager Intervention | 124 | | | | | | | | |
| All Liability | N3 Contact Audit | 622 | 167 | | 280 | 175 | | | | |
| Total | Totals | | 379 | 480 | 550 | 417 | 401 | 410 | 163 | |
| | | | | | | | | | | |
| Bryan Dawe | Peer Reviews Audits Completed | | 20 | 10 | 20 | 20 | | 10 | | |
| Transactional Audit Team | | | | | | | | | | |
| Taking in near future | | | | | | | | | | |





Confidential