Nov07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| All | C11 Advertising Injury | | 16 | | | | | | | |
| All | C12 E&O | | 107 | | | | | | | |
| All | Transfers* | | 100 | | | | | | 100 | |
| Canada Casualty | Case Summary | | 38 | | | | | | | |
| Canada Casualty | Control Adjuster | | 36 | | | | | | | |
| Canada Casualty | Coverage Verification | | 41 | | | | | | | |
| Canada Casualty | Litigation Management Best Practices | | 22 | | | | | | | |
| Canada Casualty | Team Manager Intervention | | 17 | | | | | | | |
| Canada Property | Case Evaluation | | 55 | | | | | | | |
| Canada Property | Team Manager Intervention | | 35 | | | | | | | |
| Construction Defect | C11 Quarterly Audit | 13 | | | | | | | | |
| Construction Defect | Case Summary | | 42 | | | | | | | |
| Construction Defect | Coverage Determination | | 87 | | | 87 | | | | |
| Construction Defect | Coverage Verification | | 87 | | | 87 | | | | |
| Construction Defect | Litigation Management Best Practices | | 64 | | | | | | | |
| Construction Defect | Litigation Management Team Manager Intervention | | 28 | | | | | | | |
| Construction Defect | Negotiation/Settlement | | 82 | | 82 | | | | | |
| Construction Defect | Other Insurance | | 88 | | 88 | | | | | |
| Construction Defect | Subrogation | | 103 | | 103 | | | | | |
| Construction Defect | Team Manager Intervention | | 21 | | | | | | | |
| Liability | C11 Quarterly Audit | 25 | | | | | | | | |
| Liability | Case Summary | | 242 | | | | 242 | | | |
| Liability | Litigation Management Best Practices | | 228 | | | | | | | |
| Liability | Litigation Management Team Manager Intervention | | 73 | | | 73 | | | | |
| Liability | Team Manager Intervention | | 96 | | | 96 | | | | |
| Liability-MCU* | Case Summary | | 45 | 45 | | | | | | |
| Liability-MCU* | Litigation Management Best Practices | | 39 | 39 | | | | | | |
| Liability-MCU* | Litigation Management Team Manager Intervention | | 33 | 33 | | | | | | |
| Liability-MCU* | Proactive Resolution | | 45 | 65 | | | | | | |
| Liability-MCU* | Team Manager Intervention | | 30 | 30 | | | | | | |
| Mass Litigation | C11 Quarterly Audit | 6 | | | | | | | | |
| Mass Litigation | Litigation Management Best Practices | | 12 | | | | | | | |

Confidential    ZURICH013094

Nov07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Mass Litigation | Litigation Management Team Manager Intervention | | 7 | | 7 | | | | | |
| Mass Litigation | Macros | | 31 | | 31 | | | | | |
| Mass Litigation | Team Manager Intervention | | 14 | | 14 | | | | | |
| Pollution | C11 Quarterly Audit | | 6 | | 52 | | | | | |
| Pollution | Case Summary | | 15 | | | | | | | |
| Pollution | Litigation Management Best Practices | | 7 | | 7 | | | | | |
| Pollution | Litigation Management Team Manager Intervention | | 7 | | 7 | | | | | |
| Pollution | Macros | | 15 | | 15 | | | | | |
| Pollution | Team Manager Intervention | | 10 | | 10 | | | | | |
| Programs | Case Summary | | 54 | | | | | | | |
| Programs | Litigation Management Best Practices | | 24 | | | | | | | |
| Programs | Litigation Management Team Manager Intervention | | 31 | | | | | | | |
| Programs | Team Manager Intervention | | 54 | | | | | | | |
| Property | C11 Quarterly Audit | | 6 | | | | | | | |
| Property | Case Summary | | 55 | | | | | | | |
| Property | Litigation Management Best Practices | | 7 | | | | | | | |
| Property | Large Loss | | 47 | | | | | | | |
| Property | CAT | | 116 | | | | | | 120 | |
| Property | Team Manager Intervention | | 17 | | | | | | 116 | |
| Risk Engineering | Account Coordination | | 172 | | | | | | | |
| Risk Engineering | Rec 2&3 | | 177 | | | | | | | |
| Risk Engineering | RULE | | 12 | | | | | | | |
| Risk Engineering | Stop 1 | | 45 | | | | | | | |
| Risk Engineering | Stop 2 | | 21 | | | | | | | |
| Risk Engineering | Triage | | 149 | | | | | | | |
| Specialties | C11 Quarterly Audit | | 25 | | | | | | | |
| Specialties | Case Summary | | 44 | | | | | | | |
| Specialties | Litigation Management Best Practices | | 107 | | | | | | | |
| Specialties | Litigation Management Team Manager Intervention | | 43 | | | | | | | |
| Specialties | Team Manager Intervention | | 55 | | | | | | | |
| Staff Legal | Early Activity | | 60 | | | | | | | |
| Staff Legal | Early Activity RMA | | 60 | | | | | | | |

Page 18 of 63

Confidential
ZURICH013095

Nov07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Staff Legal | Material Developments | 60 | | | | | | | | |
| Staff Legal | Paralegal Activity | 60 | | | | | | | | |
| Surety | C11 Quarterly Audit | 6 | | | | | | | | |
| Surety | Macros | 22 | | | | | | | | |
| Workers Compensation | C11 Quarterly Audit | 25 | | | | | | | | |
| Workers Compensation | Case Summary | 331 | | | | | | | | |
| Workers Compensation | Litigation Management Best Practices | 310 | | | | | | | 310 | |
| Workers Compensation | Litigation Management Team Manager Intervention | 131 | | | | | | | | |
| Workers Compensation | Placeholder for new 08 audit | | | | | | | | | |
| Workers Compensation | Placeholder for new 08 audit | | | | | | | | | |
| Workers Compensation | Team Manager Intervention | 124 | | | | | | | | |
| All Liability | N3 Contact Audit | 622 | 116 | 109 | 56 | 125 | 135 | 410 | 236 | |
| Total | Totals | | 328 | 518 | 399 | 367 | 355 | | | |

Deb 3 PTO, Pam 4 PTO, KH 3 PTO, John 2PTO
Transactional Audit Team

ZURICH013096

Confidential

Dec07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| All | Transfers* | 100 | | | | | | | 100 | |
| Canada Casualty | Case Summary | 38 | | | | | | | | |
| Canada Casualty | Control Adjuster | 36 | | | | | | | | |
| Canada Casualty | Coverage Verification | 41 | | | | | | | | |
| Canada Casualty | Litigation Management Best Practices | 22 | | | | | | | | |
| Canada Casualty | Team Manager Intervention | 17 | | | | | | | | |
| Canada Property | Case Evaluation | 55 | | | | | | | | |
| Canada Property | Team Manager Intervention | 35 | | | | | | | | |
| Construction Defect | Case Summary | 42 | | | | | | | | |
| Construction Defect | Coverage Determination | 87 | | 87 | | 87 | | | | |
| Construction Defect | Coverage Verification | 87 | | | | 88 | | | | |
| Construction Defect | Litigation Management Best Practices | 64 | | | | | | | | |
| Construction Defect | Litigation Management Team Manager Intervention | 28 | | | | | | | | |
| Construction Defect | Negotiation/Settlement | 82 | | 82 | | | | | | |
| Construction Defect | Other Insurance | 88 | | 88 | | | | | | |
| Construction Defect | Subrogation | 103 | | 103 | | | | | | |
| Construction Defect | Team Manager Intervention | 21 | | | | | | | | |
| Liability | Case Summary | 242 | | | | | 242 | | | |
| Liability | Litigation Management Best Practices | 228 | | | | | 220 | | | |
| Liability | Litigation Management Team Manager Intervention | 73 | | | | | 73 | | | |
| Liability | Team Manager Intervention | 96 | | | 96 | | | | | |
| Liability-MCU* | Case Summary | 45 | 35 | | | | | | | |
| Liability-MCU* | Litigation Management Best Practices | 39 | 42 | | | | | | | |
| Liability-MCU* | Litigation Management Team Manager Intervention | 33 | 39 | | | | | | | |
| Liability-MCU* | Proactive Resolution | 45 | 45 | | | | | | | |
| Liability-MCU* | Team Manager Intervention | 30 | 34 | | | | | | | |
| Mass Litigation | Litigation Management Best Practices | 12 | | | | | | | | |
| Mass Litigation | Litigation Management Team Manager Intervention | 7 | | 7 | | | | | | |
| Mass Litigation | Macros | 31 | | 31 | | | | | | |
| Mass Litigation | Team Manager Intervention | 14 | | 14 | | | | | | |

Confidential

ZURICH013097

Dec07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Pollution | Case Summary | 15 | | | | | | | | |
| Pollution | Litigation Management Best Practices | | 7 | | | | | | | |
| Pollution | Litigation Management Team Manager Intervention | | 7 | 7 | | | | | | |
| Pollution | Macros | | 15 | 15 | | | | | | |
| Pollution | Team Manager Intervention | | 10 | 10 | | | | | | |
| Programs | Case Summary | | 54 | | | | | | | |
| Programs | Litigation Management Best Practices | | 24 | | | | | | | |
| Programs | Litigation Management Team Manager Intervention | | 31 | | | | | | | |
| Programs | Team Manager Intervention | | 54 | | | | | | | |
| Property | Case Summary | | 55 | | | | | | | |
| Property | Litigation Management Best Practices | | 7 | | | | | | | |
| Property | Large Loss | | 47 | | | | | | 120 | |
| Property | CAT | | 116 | | | | | | 116 | |
| Property | Team Manager Intervention | | 17 | | | | | | | |
| Specialties | C11 Quarterly Audit | | 25 | | | | | | | |
| Specialties | Case Summary | | 44 | | | | | | | |
| Specialties | Litigation Management Best Practices | | 107 | | | | | | | |
| Specialties | Litigation Management Team Manager Intervention | | 43 | | | | | | | |
| Specialties | Team Manager Intervention | | 55 | | | | | | | |
| Workers Compensation | C11 Quarterly Audit | | 25 | | | | | | | |
| Workers Compensation | Case Summary | | 331 | | | | | | | |
| Workers Compensation | Litigation Management Best Practices | | 310 | | | | | 310 | | |
| Workers Compensation | Litigation Management Team Manager Intervention | | 131 | | | | | | | |
| Workers Compensation | Placeholder for new 08 audit | | | | | | | | | |
| Workers Compensation | Placeholder for new 08 audit | | | | | | | | | |
| Workers Compensation | Team Manager Intervention | | 124 | | | | | | | |
| All Liability | N3 Contact Audit | | 543 | 135 | 125 | 56 | 107 | 120 | | |
| Total | Totals | | | 330 | 569 | 327 | 349 | 413 | 410 | 236 |

Confidential

ZURICH013098

Dec07

| LOB | Audit | # March Audits (Comparison Sample) | John | KH | Herma | Pam | Deb | KS | Connie | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 days holiday, Pam 6 PTO, John 5 PTO, Connie 4 PTO, Herma 5 PTO | | | | | | | | | | |
| Transactional Audit Team | | | | | | | | | | |
| Taking in next quarter | | | | | | | | | | |
| | | | | 330 | | | | | | |
| | | | | 569 | | | | | | |
| | | | | 327 | | | | | | |
| | | | | 349 | | | | | | |
| | | | | 413 | | | | | | |
| | | | | 1988 | | | | | | |

ZURICH013099

Confidential

| Office | LMBP, CS, N3 Combo, DM | Deb | Pam | Karen | Herma |
|---|---|---|---|---|---|
| Atlanta | 40 | | | | 40 |
| Boston | 35 | 35 | 35 | | |
| Charlotte | 55 | 55 | 55 | | |
| Illinois | 20 | 20 | | 20 | |
| KC | 20 | 20 | | 20 | |
| LI | 40 | 40 | 40 | | |
| Nashville | 20 | 20 | | | 20 |
| NJ | 40 | 40 | | 40 | |
| Orlando | 40 | 40 | | 40 | |
| Phil | 40 | 40 | | 40 | |
| Indy | 80 | 80 | | 80 | |
| Baltimore | 75 | 75 | | 75 | |
| Rocky hill | 95 | 95 | 95 | | |
| Tampa | 60 | 60 | 60 | | |
| Dallas | 95 | 95 | 95 | | |
| Pollution | | | | | 30 |
| Sacramento | 120 | 120 | 120 | | |
| | | | 500 | 315 | 90 ?? |
| Programs | | | | | |

| | | John | Deb | Pam | Karen | Herma |
|---|---|---|---|---|---|---|
| | | LLL | Boston | Illinois | Atlanta | Programs |
| | | Office 10 | Charlotte | KC | Nashville | |
| | | | Long Island | NJ | Pollution | |
| | | | Tampa | Orlando | | |
| | | | Dallas | Indy | | |
| Construction Defect | Coverage Determination | 87 | | | | |
| Construction Defect | Coverage Verification | 87 | | | | |
| Construction Defect | Negotiation/Settlement | 82 | | | | |
| Construction Defect | Other Insurance | 88 | | | | |
| Construction Defect | Subrogation | 103 | | | | |
| Construction Defect | Case Summary | 242 | | | | |
| Liability | Litigation Management Best Practices | 228 | Sacramento | Baltimore | | |
| Liability | Litigation Management Team Manager Intervention | 73 | Rocky Hill | Phil | | |
| Liability | Team Manager Intervention | 96 | | | | |
| Liability-MCU* | Case Summary | 45 | | | | |
| Liability-MCU* | Litigation Management Best Practices | 39 | | | | |
| Liability-MCU* | Litigation Management Team Manager Intervention | 33 | | | | |
| Liability-MCU* | Proactive Resolution | 45 | | | | |
| Liability-MCU* | Team Manager Intervention Litigation Management Team Manager Intervention | 30 | | | | |
| Pollution | | 7 | | | | |

Confidential — ZURICH013100

Liab Field Office Division 08

| | | |
|---|---|---|
| Pollution | Team Manager Intervention | 10 |
| Programs | Case Summary | 54 |
| Programs | Litigation Management Best Practices | 24 |
| Programs | Litigation Management Team Manager Intervention | 31 |
| Programs | Team Manager Intervention | 54 |
| All Liability | N3 Contact Audit | 530 |
| | | 1,988 |

ZURICH013101

Confidential

Jan 08 ALL

| LOB | Audit/Office Audit Partner | 8-Jan | John | KH | Herma | Pam | Deb | KS | Connie | |
|---|---|---|---|---|---|---|---|---|---|---|
| Construction Defect | RRI | 447 | | | | | | | | |
| Construction Defect | RRI Coverage Determination | | | | | | | | 83 | 83 |
| Construction Defect | RRI Coverage Verification | | | | | | | | 83 | 83 |
| Construction Defect | RRI Negotiation/Settlement | | | | | | | | | 62 | 62 |
| Construction Defect | RRI Other Insurance | | | | | | | | | 95 | 95 |
| Construction Defect | RRI Subrogation | | | | | | | | | 103 | 103 |
| **Process Summary** | | | | | | | | | | |
| Atlanta | Pam | | | | | | | 10 | | 10 |
| Boston | Deb | | | | | | | 10 | | 10 |
| Charlotte | Deb | | | | | | | 15 | | 15 |
| Long Island | Deb | | | | | | | 10 | | 10 |
| Tampa | Deb | | | | | | | 15 | | 15 |
| Dallas | Deb | | | | | | | 35 | | 35 |
| Sacramento | Deb | | | | | | | 30 | | 30 |
| Rocky Hill | Deb | | | | | | | 25 | | 25 |
| Illinois | Pam | | | | | | 5 | | | 5 |
| KC | Pam | | | | | | 5 | | | 5 |
| Nashville | Pam | | | | | | 5 | | | 5 |
| NJ | Pam | | | | | | 10 | | | 10 |
| Orlando | Pam | | | | | | 10 | | | 10 |
| Indy | Pam | | | | | | 20 | | | 20 |
| Baltimore | Pam | | | | | | 15 | | | 15 |
| Phil | Pam | | | | | | 10 | | | 10 |
| Programs | Herma | 5 | | | | 5 | | | | |
| Pollution | Karen | | | | 7 | | | | | 7 |
| Specialties | Pam | | | | | | 37 | | | 37 |
| CD | Karen | | | | 49 | | | | | 49 |
| **Litigation Management Best Practices** | | | | | | | | | | |
| Atlanta | Pam | | | | | | 10 | | | 10 |
| Baltimore | Pam | | | | | | 15 | | | 15 |
| Boston | Deb | | | | | | | 10 | | 10 |
| Charlotte | Deb | | | | | | | 15 | | 15 |
| Dallas | Deb | | | | | | | 37 | | 37 |
| Illinois | Pam | | | | | | 5 | | | 5 |
| Indy | Pam | | | | | | 20 | | | 20 |
| KC | Pam | | | | | | 5 | | | 5 |
| Nashville | Pam | | | | | | 5 | | | 5 |
| Long Island | Deb | | | | | | 10 | | | 10 |
| NJ | Pam | | | | | | 10 | | | 10 |
| Orlando | Pam | | | | | | 10 | | | 10 |

Page 25 of 63

ZURICH013102

Confidential

Jan 08 ALL

| LOB | Audit/Office Audit Partner | 8-Jan John | KH | Herma | Pam | Deb | KS | Connie | |
|---|---|---|---|---|---|---|---|---|---|
| Phil | Pam | | | | | 10 | | | 10 |
| Rocky Hill | Deb | | | | | | 15 | | 15 |
| Sacramento | Deb | | | | | | 30 | | 30 |
| Tampa | Deb | | | | | | 15 | | 15 |
| Programs | Herma | | | | | | | | |
| Pollution | Karen | | 10 | | | | | | 10 |
| Specialties | Karen | | 96 | | | | | | 96 |
| CD | Karen | | 90 | | | | | | |
| | | | | | | | | | |
| Atlanta | Herma | | | | | | | | |
| Baltimore | Herma | | | | | | | | |
| Boston | Herma | | | | | | | | |
| Charlotte | Herma | | | | | | | | |
| Dallas | Herma | | | | | | | | |
| Illinois | Herma | | | | | | | | |
| Indy | Herma | | | | | | | | |
| KC | Herma | | | | | | | | |
| Long Island | Herma | | | | | | | | |
| Nashville | Herma | | | | | | | | |
| NJ | Herma | | | | | | | | |
| Orlando | Herma | | | | | | | | |
| Phil | Herma | | | | | | | | |
| Rocky Hill | Herma | | | | | | | | |
| Sacramento | Herma | | | | | | | | |
| Tampa | Herma | | | 1 | | | | | 1 |
| Programs | Herma | | | 5 | | | | | 5 |
| Pollution | Karen | | | | | | | | |
| Specialties | John | | | | 51 | | | | 51 |
| CD | Herma | | | | | | | | |
| | | | | | | | | | |
| Atlanta | Herma | | | | | | | | |
| Baltimore | Herma | | | | | | | | |
| Boston | Herma | | | | | | | | |
| Charlotte | Herma | | | | | | | | |
| Dallas | Herma | | | | | | | | |
| Illinois | Herma | | | | | | | | |
| Indy | Herma | | | | | | | | |
| KC | Herma | | | | | | | | |
| Long Island | Herma | | | | | | | | |

ZURICH013103
Confidential

Jan 08 ALL

| LOB | Audit/Office Audit Partner | 8-Jan John | KH | Herma | Pam | Deb | KS | Connie |
|---|---|---|---|---|---|---|---|---|
| Nashville | Herma | | | | | | | |
| NJ | Herma | | | | | | | |
| Orlando | Herma | | | | | | | |
| Phil | Herma | | | | | | | |
| Rocky Hill | Herma | | | | | | | |
| Sacramento | Herma | | | | | | | |
| Tampa | Herma | | | | | | | |
| Programs | Herma - All were DQd due to paramater issue not audits | | | 27 | | | | |
| Pollution | Karen | | | | | | | |
| LA/Dallas | Herma | | | | | | | |
| Specialties | | | 182 | | | | | |
| CD | Herma | | | | 125 | | | |
| | | | | | | | | |
| **Property/Auto/Investigation** | | | | | | | | |
| Atlanta | Pam | | | | 15 | | | |
| Baltimore | Pam | | | | 16 | | | |
| Boston | Deb | | | | | | 5 | |
| Charlotte | Deb | | | | | | 15 | |
| Dallas | Deb | | | | | | 49 | |
| Illinois | Pam | | | | 5 | | | |
| Indy | Pam | | | | 25 | | | |
| KC | Pam | | | | 5 | | | |
| Long Island | Deb | | | | | | 10 | |
| Nashville | Pam | | | | 5 | | | |
| NJ | Pam | | | | 12 | | | |
| Orlando | Pam | | | | 10 | | | |
| Phil | Pam | | | | 10 | | | |
| Rocky Hill | Deb | | | | | | 29 | |
| Sacramento | Deb | | | | | | 33 | |
| Tampa | Deb | | | | | | 14 | |
| Programs | Herma | | | | 49 | | | |
| Pollution | Karen | | | 12 | | | | |
| Specialties | John | | 115 | | | | | |
| CD | Karen | | | 112 | | | | |
| | | | | | | | | |
| **Audit/Office Audit Partner** | | | | | | | | |
| Atlanta | Pam | | | | 10 | | | |
| Baltimore | Pam | | | | 15 | | | |
| Boston | Deb | | | | | | 5 | |
| Charlotte | Deb | | | | | | 15 | |
| Dallas | Deb | | | | | | 40 | |

ZURICH013104

Confidential

Jan 08 ALL

| LOB | Audit/Office Audit Partner | 8-Jan | John | KH | Herma | Pam | Deb | KS | Connie |
|---|---|---|---|---|---|---|---|---|---|
| Illinois | Pam | | | | | 5 | 5 | | |
| Indy | Pam | | | | | 25 | 25 | | |
| KC | Pam | | | | | 5 | 5 | | |
| Long Island | Deb | | | | | | | 10 | |
| Nashville | Pam | | | | | 5 | 5 | | |
| NJ | Pam | | | | | 10 | 10 | | |
| Orlando | Pam | | | | | 10 | 10 | | |
| Phil | Pam | | | | | 10 | 10 | | |
| Rocky Hill | Deb | | | | | | | 30 | |
| Sacramento | Deb | | | | | | | 30 | |
| Tampa | Deb | | | | | | | 15 | |
| MCU - Office 10 | John | | | 46 | | | | | |
| Programs | Herma | | | | | | | | |
| Pollution | Karen | | | | 13 | | | | |
| Specialties | John | | | 103 | | | | | |
| CD | Pam | | | | | 115 | | | |
| Liability | | | | | | | | | |
| Liability-MCU* | Case Summary | | | 45 | | | | | |
| Liability-MCU* | Litigation Management Best Practices | | | 33 | | | | | |
| Liability-MCU* | Litigation Management Team Manager Intervention | | | 32 | | | | | |
| Liability-MCU* | Proactive Resolution | | | 0 | | | | | |
| Liability-MCU* | Team Manager Intervention | | | 35 | | | | | |
| Liability-MCU* | Quarterly LM | | | | 90 | | | | |
| Property | | | | | | | | | |
| Property | Large Loss | | | | | | | | 114 |
| Property | CAT | | | | | | | | 91 |
| Property | | | | | | | | | |
| Property | N3 Contact Audit | TBD | | | | | | | |
| Property | N3 Diary Mngt | TBD | | | | | | | |
| Workers Compensation | Proactive Resolution | TBD | | | | | | | |
| Workers Compensation | Diary Mngt | | | | | | | | |
| Workers Compensation | TM Intervention | TBD | | | | | | | |
| Workers Compensation | CAT Claim Recognition | TBD | | | | | | | |
| Workers Compensation | Medical Case Mngt | TBD | | | | | | | |
| Workers Compensation | Disability Mngt | | | | | | | | |
| | | TBD | | | | | | | |

Confidential    ZURICH013105

Jan 08 ALL

| LOB Total | Audit/Office Audit Partner Totals | 8-Jan John | KH | Herma | Pam | Deb | KS | Connie | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 591 | 512 | 604 | 530 | 572 | 166 | 465 | 3440 |
| Pam working on calibration with team | | | | | | | | | | |
| Deb, Pam conducting N3 rollout calls with field offices | | | | | | | | | | |
| Pam creating master sheet N3 | | | | | | | | | | |

February08

| LOB | Audit/Office Audit Partner | 8-Jan | John | KH | Herma | Pam | Deb | KS | Connie |
|---|---|---|---|---|---|---|---|---|---|
| Construction Defect | RRI | 100 | | | | | | | |
| Construction Defect | RRI Coverage Determination | 447 | | | 83 | | | | 83 |
| Construction Defect | RRI Coverage Verification | | | | 83 | | | | 83 |
| Construction Defect | RRI Negotiation/Settlement | | | | 62 | | | | 62 |
| Construction Defect | RRI Other Insurance | | | | 95 | | | | 95 |
| Construction Defect | RRI Subrogation | | | | 103 | | | | 103 |
| | | | | | | | | | |
| Atlanta | Pam | | | | | | | 10 | 10 |
| Boston | Deb | | | | | | | 10 | 10 |
| Charlotte | Deb | | | | | | | 15 | 15 |
| Long Island | Deb | | | | | | | 10 | 10 |
| Tampa | Deb | | | | | | | 15 | 15 |
| Dallas | Deb | | | | | | | 35 | 35 |
| Sacramento | Deb | | | | | | | 30 | 30 |
| Rocky Hill | Deb | | | | | | | 25 | 25 |
| Illinois | Pam | | | | | | 5 | | 5 |
| KC | Pam | | | | | | 5 | | 5 |
| Nashville | Pam | | | | | | 5 | | 5 |
| NJ | Pam | | | | | | 10 | | 10 |
| Orlando | Pam | | | | | | 10 | | 10 |
| Indy | Pam | | | | | | 20 | | 20 |
| Baltimore | Herma | | | | | | 15 | | 15 |
| Phil | Herma | | | | | | 10 | | 10 |
| Programs | Herma | | | | | 47 | | | 47 |
| Pollution | Karen | | | | 7 | | | | 7 |
| Specialties | John | | 37 | | | | | | 37 |
| CD | | | | | | | 49 | | 49 |
| | | | | | | | | | |
| | | 418 | | | | | | | |
| Atlanta | Pam | | | | | | 10 | | 10 |
| Baltimore | Herma | | | | | | | | 0 |
| Boston | Deb | | | | | | | 10 | 10 |
| Charlotte | Deb | | | | | | | 15 | 15 |
| Dallas | Deb | | | | | | | 37 | 37 |
| Illinois | Pam | | | | | | 5 | | 5 |
| Indy | Pam | | | | | | 20 | | 20 |
| KC | Pam | | | | | | 5 | | 5 |
| Nashville | Pam | | | | | | 5 | | 5 |
| Long Island | Deb | | | | | | 10 | | 10 |
| NJ | Pam | | | | | | 10 | | 10 |
| Orlando | Pam | | | | | | 10 | | 10 |

Page 30 of 63

ZURICH013107
Confidential

February08

| LOB | Audit/Office Audit Partner | 8-Jan John | KH | Herma | Pam | Deb | KS | Connie | |
|---|---|---|---|---|---|---|---|---|---|
| Phil | Herma | | | | | 10 | | | 10 |
| Rocky Hill | Deb | | | | | | 15 | | 15 |
| Sacramento | Deb | | | | | | 30 | | 30 |
| Tampa | Deb | | | | | | 15 | | 15 |
| Programs | Herma | | | | | | | | |
| Pollution | Karen | | 10 | | | | | | 10 |
| Specialties | John | 96 | | | | | | | 96 |
| CD | | 93 | | | | | | | |
| | | 126 | | | | | | | |
| Atlanta | Herma | | | | | | | | |
| Baltimore | Herma | | | | | | | | |
| Boston | Herma | | | | | | | | |
| Charlotte | Herma | | | | | | | | |
| Dallas | Herma | | | | | | | | |
| Illinois | Herma | | | | | | | | |
| Indy | Herma | | | | | | | | |
| KC | Herma | | | | | | | | |
| Long Island | Herma | | | | | | | | |
| Nashville | Herma | | | | | | | | |
| NJ | Herma | | | | | | | | |
| Orlando | Herma | | | | | | | | |
| Phil | Herma | | | | | | | | |
| Rocky Hill | Deb | | | | | | 1 | | 1 |
| Sacramento | Herma | | | | | | | | |
| Tampa | Deb | | | | | | 0 | | 0 |
| Programs | Herma | | 1 | | | | | | 1 |
| Pollution | Karen | | 6 | | | | | | 6 |
| Specialties | John | | | | | | | | 0 |
| CD | | | | | | | | | |
| | | 611 | | | | | | | |
| Atlanta | Herma | | | | | | | | |
| Baltimore | Herma | | | | | | | | |
| Boston | Herma | | | | | | | | |
| Charlotte | Herma | | | | | | | | |
| Dallas | Herma | | | | | | | | |
| Illinois | Herma | | | | | | | | |
| Indy | Herma | | | | | | | | |
| KC | Herma | | | | | | | | |
| Long Island | Herma | | | | | | | | |

ZURICH013108

Confidential

February08

| LOB | Audit/Office Audit Partner | 8-Jan | John | KH | Herma | Pam | Deb | KS | Connie |
|---|---|---|---|---|---|---|---|---|---|
| Nashville | Herma | | | | | | | | |
| NJ | Herma | | | | | | | | |
| Orlando | Herma | | | | | | | | |
| Phil | Herma | | | | | | | | |
| Rocky Hill | Deb | | | | | | | 30 | |
| Sacramento | Herma | | | | | | | | |
| Tampa | Deb | | | | | | | 20 | |
| Programs | Herma | | | | 63 | | | | |
| Pollution | Karen | | | | 27 | | | | 27 |
| LA/Dallas | Herma | | 2 | | | | | | |
| Specialties | John*Calib Exerc w/Spec | | | 40 | | | | | 40 |
| CD | | | | | | | | | 114 | 114 |
| | | 546 | | | | | | | |
| Atlanta | Pam | | | | | 15 | | | 15 |
| Baltimore | Herma | | | | | 16 | | | 16 |
| Boston | Deb | | | | | | 5 | | 5 |
| Charlotte | Deb | | | | | | 15 | | 15 |
| Dallas | Deb | | | | | | 49 | | 49 |
| Illinois | Pam | | | | | 5 | | | 5 |
| Indy | Pam | | | | | 25 | | | 25 |
| KC | Pam | | | | | 5 | | | 5 |
| Long Island | Deb | | | | | | 10 | | 10 |
| Nashville | Pam | | | | | 5 | | | 5 |
| NJ | Pam | | | | | 12 | | | 12 |
| Orlando | Pam | | | | | 10 | | | 10 |
| Phil | Herma | | | | | | | | 0 |
| Rocky Hill | Deb | | | | | | 29 | | 29 |
| Sacramento | Deb | | | | | | 33 | | 33 |
| Tampa | Deb | | | | | | 14 | | 14 |
| Programs | Herma | | | | 49 | | | | 49 |
| Pollution | Karen | | | 12 | | | | | 12 |
| Specialties | John | | 115 | | | | | | 115 |
| CD | | | | 112 | | | | | 112 |
| | | 517 | | | | | | | |
| Atlanta | Pam | | | | | 10 | | | 10 |
| Baltimore | Herma | | | | | 15 | | | 15 |
| Boston | Deb | | | | | | 5 | | 5 |
| Charlotte | Deb | | | | | | 15 | | 15 |
| Dallas | Deb | | | | | 5 | 40 | | 40 |
| Illinois | Pam | | | | | | | | 5 |

Confidential                                    ZURICH013109

February08

| LOB | Audit/Office Audit Partner | 8-Jan | John | KH | Herma | Pam | Deb | KS | Connie | |
|---|---|---|---|---|---|---|---|---|---|---|
| Indy | Pam | | | | | | 25 | | | 25 |
| KC | Pam | | | | | | 5 | | | 5 |
| Long Island | Deb | | | | | | | 10 | | 10 |
| Nashville | Pam | | | | | | 5 | | | 5 |
| NJ | Pam | | | | | | 10 | | | 10 |
| Orlando | Pam | | | | | | 10 | | | 10 |
| Phil | Herma | | | | | | 10 | | | 10 |
| Rocky Hill | Deb | | | | | | | 30 | | 30 |
| Sacramento | Deb | | | | | | | 30 | | 30 |
| Tampa | Deb | | | | | | | 15 | | 15 |
| MCU - Office 10 | John | | | 46 | | | | | | 46 |
| Programs | Herma | | | | 50 | | | | | |
| Pollution | Karen | | | | 13 | | | | | 13 |
| Specialties | John*Calib Ex w/Specialties | | | 40 | | | | | | 40 |
| CD | | | | 36 | 38 | | 75 | | | 149 |
| | | 192 (90Q) | | | | | | | | |
| Liability-MCU* | Case Summary | 45 | | 45 | | | | | | 45 |
| Liability-MCU* | Litigation Management Best Practices | 39 | | 33 | | | | | | 33 |
| Liability-MCU* | Litigation Management Team Manager Intervention | 33 | | 32 | | | | | | 32 |
| Liability-MCU* | Proactive Resolution | 45 | | 0 | | | | | | 0 |
| Liability-MCU* | Team Manager Intervention | 30 | | 35 | | | | | | 35 |
| Liability-MCU* | Quarterly LM | 90 | | 0 | | | | | | 0 |
| Property | Large Loss | 135 | | | | | | | 116 | 116 |
| Property | CAT | 114 | | | | | | | 114 | 114 |
| Property | N3 Proactive Res | 133 | | | | | | | 133 | |
| Property | N3 Diary Mngt | 133 | | | | | | | 133 | |
| Workers Compensation | Proactive Resolution | TBD | | | | | | | | |
| | Diary Mngt | TBD | | | | | | | | |
| Workers Compensation | TM Intervention | TBD | | | | | | | | |
| Workers Compensation | CAT Claim Recognition | TBD | | | | | | | | |
| Workers Compensation | Medical Case Mngt | TBD | | | | | | | | |
| Workers Compensation | Disability Mngt | TBD | | | | | | | | |
| | | TBD | | | | | | | | |
| Total | Totals | | | 561 | 739 | 525 | 477 | 623 | 100 | 496 | 3521 |

Confidential

ZURICH013110

February08

| LOB | Audit/Office Audit Partner | 8-Jan | John | KH | Herma | Pam | Deb | KS | Connie |
|---|---|---|---|---|---|---|---|---|---|
| Karen creating master sheet N3 | | | | | | | | | |

ZURICH013111

Confidential