```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
HERMA ROBINSON,

                Plaintiff,

        - against -                                          JUDGMENT
                                                             CV-10-3926 (JFB)(AKT)
ZURICH NORTH AMERICA INSURANCE
COMPANY and JENNIFER ROBBIE,

                Defendants.
----------------------------------------------------------X
```

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ SEP 25 2012 ★ LONG ISLAND OFFICE

A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on September 21, 2012, granting defendants' motion for summary judgment in its entirety with respect to the federal claims, declining to exercise supplemental jurisdiction over the state law claims, dismissing the state law claims without prejudice, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' motion for summary judgment is granted in its entirety with respect to the federal claims; that the state law claims are dismissed without prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
       September 25, 2012

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                                    BY:     /S/ CATHERINE VUKOVICH
                                            DEPUTY CLERK