UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HERMA ROBINSON,

    Plaintiff,

v.

ZURICH NORTH AMERICA INSURANCE
COMPANY and JENNIFER ROBBIE

    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

Docket No. 10-CV-3926 (JFB)(AKT)

**NOTICE OF TAXATION OF COSTS**

   PLEASE TAKE NOTICE that, upon the annexed Declaration of Lori M. Meyers, dated October 24, 2012, (the "Meyers Declaration"); the Judgment in favor of Zurich North American Insurance Company and Jennifer Robbie ("Defendants"), dated September 25, 2012 and entered on the docket in this case on September 25, 2012, annexed to the Meyers Declaration as Exhibit A; the Bill of Costs submitted by Seyfarth Shaw LLP, attorneys for Defendants, annexed to the Meyers Declaration as Exhibit B; the supporting documentation annexed to the Meyers Declaration as Exhibits C and D; and all papers and proceedings heretofore had herein; the undersigned will appear before the Judgment Clerk located at 100 Federal Plaza, Central Islip, New York on November 7, 2012, at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order granting to Defendants its taxable costs in the amount of $7,088.81 pursuant to 28 U.S.C. § 1920, Rule 54 of the Federal Rules of Civil Procedure, and Rule 54.1 of the Local Civil Rules of the United States District Court for the Southern and Eastern Districts of New York.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Civil Rule 54.1(b), objections in writing, if any, must be served prior to or on the return date.

Dated: New York, New York
October 24, 2012

Respectfully submitted,

SEYFARTH SHAW LLP

By: s/Lori M. Meyers
    Peter A. Walker
    Lori M. Meyers
    620 Eighth Avenue
    New York, New York 10018
    Telephone: (212) 218-5500
    Fax: (212) 218-5526

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on October 24, 2011, I caused the foregoing Notice of Taxation of Costs and the Declaration of Lori M. Meyers, together with Exhibits A through D, to be filed using the Court's CM/ECF electronic filing system, which sent notification of such filing to all parties registered to receive notice via that service.

s/Lori M. Meyers
Lori M. Meyers
